IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAGENT PHARMACEUTICALS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:25-cv-14080 |
| v. | ) |
| | ) Judge Charles P. Kocoras |
| FARCO USA, LLC, a Delaware limited liability company, ROBERT P. SZURGOT, MATTHEW BLASIK, and PETER W. JENSEN, | ) ) ) ) ) |
| Defendants. | ) |

**FARCO USA, LLC CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2 of the United States District Court for the Northern District of Illinois, Defendant Farco USA, LLC discloses that its sole member is Peter W. Jensen.

Dated: January 16, 2026

Respectfully submitted,

**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**

By: /s/ David A. Rammelt_____

David A. Rammelt, Esq.
Andrew J. Jarzyna, Esq.
**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192

1

drammelt@beneschlaw.com
ajarzyna@beneschlaw.com

*Counsel for the Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2026, a true and correct copy of the foregoing **FARCO USA, LLC CORPORATE DISCLOSURE STATEMENT** was electronically filed with the Court via the CM/ECF system which sent notification of such filing to all Counsel of Record.

*/s/ David A. Rammelt*
David A. Rammelt
